**MARKS, O'NEILL, O'BRIEN & COURTNEY, P.C.**
BY: Paul J. Smyth, Esquire
6981 N. Park Drive
Suite 300
Pennsauken, NJ 08109
(856) 663-4300

**ATTORNEY FOR DEFENDANTS**
Correctional Medical Services, Inc., Elmira Kapchits, M.D., George Achebe, M.D. and John Hochberg, M.D.

431-86729(SXK/PJS)

| | |
|---|---|
| Craig Szemple<br><br>vs.<br><br>Correctional Medical Services, Inc., John Hochberg, M.D. et al. | UNITED STATES DISTRICT COURT<br>DISTRICT OF NEW JERSEY<br>NEWARK VICINAGE<br><br>DOCKET NO. 2:07-cv-04809-GEB-MCA<br><br>CIVIL ACTION<br><br>**ORDER** |

THIS MATTER having been brought before the Court on the Motion of Paul J. Smyth, Esquire of Marks, O'Neill, O'Brien & Courtney, P.C., counsel for Defendants, Correctional Medical Services, Inc., Dr. George Achebe, Dr. Elmira Kapchits and Dr. John Hochberg, and the Court having considered the moving papers of Defendants and any response thereto, and for GOOD CAUSE SHOWN;

IT IS on this ___7___ day of ___Sept___, 2010, hereby ORDERED;

That the time within which Defendants, Correctional Medical Services, Inc., Dr. George Achebe, Dr. Elmira Kapchits and John Hochberg, M.D., may answer, move or otherwise reply to the Complaint in this action is extended ~~for 21 days from the date of this Order~~ until Sept 28, 2010.

By: _____
U.S.M.J.

{NJ278015.1}