# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| CRAIG FRANCIS SZEMPLE,<br><br>                Plaintiff,<br><br>                v.<br><br>CORRECTIONAL MEDICAL SERVICES, INC., NEW JERSEY DEPARTMENT OF CORRECTIONS, GEORGE HAYMAN, RICHARD CEVASCO, PH.D., THOMAS FARRELL, BRUCE A. HAUCK, MS. IFILL, DR. HOCHBERG, MIKE POWERS, JOY BLACK, ELMIRA KAPCHITS, GEORGE E. ACHEBE,<br><br>                Defendants. | Civil Action No. 07-4809 (SDW) (MCA)<br><br>**ORDER**<br><br>May 30, 2012 |

**WIGENTON**, District Judge.

This matter, having come before the Court Dr. John Hochberg, Dr. Elmira Kapchits, Dr. George Achebe (collectively "medical Defendants"), Correctional Medical Services, Inc. ("CMS"), and Charmaine Ifill's ("Ifill") (collectively "Defendants") Motion for Summary Judgment pursuant to Fed. R. Civ. P. 56(c), and this Court, having carefully reviewed and considered the submissions and arguments of the parties, for the reasons stated in this Court's Opinion dated May 30, 2012,

**IT IS** on this 30th day of May, 2012,

**ORDERED** that Defendants' Motion for Summary Judgment is **GRANTED**.

                                                          s/ Susan D. Wigenton, U.S.D.J.

cc:    Magistrate Judge Madeline C. Arleo